# **CERTIFICATION**

RE:    Anthony T. Moore, Jr.
         #446508
         17-1153-JPG

    I, _____, hereby certify that
        (Name and Title of Authorized Officer - please print)

Anthony T. Moore, Jr. currently has the sum of $_____ on account at St. Clair County Jail.

                                                                                   _____
                                                                                    Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
East St. Louis, IL 62201

PS-17
Rev. 11/13